AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  8:21-MJ-00707 |
| United States Postal Service Priority Mail Express parcels bearing tracking numbers EJ 022 629 623 US and EJ 022 629 610 US | ) ) ) | |

### APPLICATION FOR A SEARCH WARRANT BY TELEPHONE

      I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

    See Attachment A

located in the _____Central_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized):*

    See Attachment B

      The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

    ☑ evidence of a crime;

    ☑ contraband, fruits of crime, or other items illegally possessed;

    ☑ property designed for use, intended for use, or used in committing a crime;

    ☐ a person to be arrested or a person who is unlawfully restrained.

    The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b) | See attached Affidavit |

      The application is based on these facts:

    See attached Affidavit

    ☑ Continued on the attached sheet.

    ☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

Sumyra Duy, United States Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state:  Santa Ana, California

Hon. Karen E. Scott, U.S. Magistrate Judge
*Printed name and title*

AUSA: Benjamin D. Lichtman x3530

<u>**AFFIDAVIT**</u>

I, Sumyra Duy, being duly sworn, declare and state as follows:

## I. <u>INTRODUCTION</u>

1.    I am a United States Postal Inspector ("USPI") with the United States Postal Inspection Service ("USPIS"), and have been so employed since May 2012.  I am currently assigned to the Contraband Interdiction and Investigation - South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States Mail to distribute controlled substances and/or controlled substances proceeds.

2.    I have completed a 12-week basic law enforcement training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail.  Additionally, I have attended a 40-hour Los Angeles Police Department Peace Officer Standards and Training Certified Academy Narcotics School. Prior to becoming a USPI, I worked as a financial investigator.  I hold a Bachelor of Arts degree from California State University, Fullerton in Sociology and a Masters of Advanced Study from the University of California, Irvine in Criminology, Law and Society.  As part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of the controlled substances and/or the proceeds of the sales of controlled substances.

## II. PURPOSE OF AFFIDAVIT

3.     This affidavit is made in support of a search warrant for the SUBJECT PARCELS described below in paragraph 5 and Attachment A, for the items listed in paragraph 6 and Attachment B.  The items to be seized constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

4.     The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III.  PARCELS TO BE SEARCHED

5.     This affidavit is made in support of an application for a search warrant for the following two United States Postal Service ("USPS") Priority Mail Express parcels (hereinafter referred to as the "SUBJECT PARCELS"):

a.     SUBJECT PARCEL 1 is a United States Postal Service Priority Mail Express parcel bearing tracking number EJ 022 629 623 US.  SUBJECT PARCEL 1 is a white large flat rate

cardboard box, weighing 10 pounds, 15.2 ounces.  SUBJECT PARCEL 1 is addressed to "I Think Project, 3960 E. Gilman St., Long Beach, CA 90815".  The return address listed on the SUBJECT PARCEL is "We Care, 302 Congress Ave., Lansdowne, PA 19050".  SUBJECT PARCEL 1 was paid with $117.75 postage and postmarked on October 13, 2021 in Philadelphia, PA 19125.

      b.   SUBJECT PARCEL 2 is a United States Postal Service Priority Mail Express parcel bearing tracking number EJ 022 629 610 US.  SUBJECT PARCEL 2 is a white large flat rate cardboard box, weighing 10 pounds, .4 ounces.  SUBJECT PARCEL 2 is addressed to "I Think Project, 3960 E. Gilman St., Long Beach, CA 90815".  The return address listed on the SUBJECT PARCEL is "We Care, 302 Congress Ave., Lansdowne, PA 19050".  SUBJECT PARCEL 2 was paid with $117.75 postage and postmarked on October 13, 2021 in Philadelphia, PA 19125.

## IV. <u>ITEMS TO BE SEIZED</u>

    6.   The items to be seized from the SUBJECT PARCELS constitute fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).  The items to be seized are identified in Attachment B and are incorporated herein by reference.

## V.  <u>STATEMENT OF PROBABLE CAUSE</u>

**A.   Background**

7.    As described in detail below, the SUBJECT PARCELS are
two inbound parcels to Long Beach, California mailed from
Philadelphia, Pennsylvania.  The SUBJECT PARCELS are believed to
contain controlled substances or the proceeds from the
trafficking of controlled substances based on, among other
things, a positive alert by a trained narcotics-detection
canine.

8.    Based on my training and discussions with experienced
Postal Inspectors, I know that Postal Inspectors have been
conducting investigations of drug trafficking via USPS Express
Mail and Priority Mail since the mid-1980s.  In particular, they
began conducting organized interdictions of Express Mail and
Priority Mail parcels suspected of containing controlled
substances and proceeds from the sale of controlled substances
in Los Angeles, California, in the early 1990s.  Along with
conducting organized interdictions, Postal Inspectors also
regularly examine and investigate Express Mail and Priority Mail
parcels throughout the year.  During the 1990s, Postal
Inspectors observed that the trend was for drug traffickers to
send controlled substances and proceeds from the sale of
controlled substances using boxes, with the proceeds in the form
of cash.  Although Postal Inspectors still see the use of boxes
for controlled substances and cash, there has been a gradual
change over the years toward the current trend of smaller boxes,
flat cardboard envelopes, and Tyvek envelopes, with proceeds

from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcel.

9.   From my training, personal experience, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled substances.  As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles area via the United States Mail.  These proceeds are generally in large amounts of money over $1,000.

10.  I also know based on my training and experience that drug traffickers will often use one of two USPS services: Priority Mail Express Service, which is the overnight/next day delivery mail service, and Priority Mail Service, which is the two-to-three day delivery mail service.  Drug traffickers use Priority Mail Express delivery services because of their speed, reliability, and the ability to track the package's progress to the intended delivery point.  Drug traffickers often use Priority Mail delivery services because they allow drug traffickers more time for travel between states if they are following their shipments to their destinations for distribution.  Like Priority Mail Express, Priority Mail also

allows drug traffickers to track the package's progress to the intended delivery point.

11. Based on information derived and built upon over many years, I, like other Postal Inspectors, initially look for certain characteristics when examining Priority Mail Express and Priority Mail for controlled substances or drug proceeds. These characteristics include:

    a.   The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

    b.   The article bears a handwritten label; and/or

    c.   The handwritten label on the article does not contain a business account number.

12. Parcels found to meet these characteristics are scrutinized by Postal Inspectors through further investigation, which may include return and addressee address verifications and trained narcotics-detecting canine examination. Postal Inspectors will also look for additional drug or drug proceed parcel characteristics such as:

    a.   The seams of the article are all taped or glued shut;

    b.   The article emits the odor of a cleaning agent, adhesive, or spray foam, detectable by a human; and/or

    c.   Multiple articles are mailed by the same individual, on the same day, from different locations.

13. Based on my training and experiences and information learned during discussions with other Postal Inspectors, I know that drug traffickers often use fictitious or incomplete names

and/or addresses in an effort to conceal their identity from law enforcement.  Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

     **B.   Investigation Regarding the SUBJECT PARCELS**

    14.   On October 14, 2021, I received notification of two USPS Priority Mail Express parcels destined to the address 3960 E. Gilman Street, Long Beach, California 90815 that were mailed from Philadelphia, Pennsylvania.

    15.   On this same date, I contacted a supervisor at the carrier annex located at 3019 N. Bellflower Blvd., Long Beach, California 90808 ("Spring Carrier Annex") to assist me with detaining the SUBJECT PARCELS for further review.  I responded to the Spring Carrier Annex and observed the SUBJECT PARCELS exhibited some of the characteristics listed in paragraphs 11 and 12, such as:

       a.   The parcels were both the same kind of white large flat rate cardboard box;

       b.   The parcels bore the same hand-written mailing labels; and

       c.   The parcels did not contain a business account number.

    16.   I detained the SUBJECT PARCELS for further investigation.

17.   On October 14, 2021, I utilized CLEAR[1] to search the listed sender's information and found the business name "We Care" did not associate to the listed address "302 Congress Ave., Lansdowne, PA 19050".  I also searched the listed recipient's information and found the business name "I Think Project" did not associate to the listed address "3960 E. Gilman St., Long Beach, CA 90815".

18.   On October 14, 2021, I transported and secured the SUBJECT PARCELS at the USPIS domicile in Santa Ana, California pending a search of their contents pursuant to obtaining a federal search warrant.

**C.    Positive Canine Alert on SUBJECT PARCEL 1**

19.   On October 14, 2021, Long Beach Police Department K-9 Officer E. Moscoso and his narcotics-detection canine, "Duke", conducted an exterior examination of the SUBJECT PARCELS. Officer Moscoso informed me that Duke gave a positive alert to SUBJECT PARCEL 1 indicating the presence of controlled substances or other items that emitted the odor of controlled substances, in SUBJECT PARCEL 1.  However, Duke did not give a positive alert to SUBJECT PARCEL 2.

20.   Although SUBJECT PARCEL 2 did not receive a positive alert, there is probable cause to believe that SUBJECT PARCEL 2 contains contraband, since this parcel looks similar to SUBJECT PARCEL 1, contains the same handwriting on the mailing label, contains the same listed sender and recipient information and

---

[1] CLEAR is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

was mailed on the same date and from the same location as
SUBJECT PARCEL 1.

21.   Attached hereto as Exhibit 1, which I incorporate
fully herein by reference, are documents setting forth
information provided by Officer Moscoso regarding Duke's
training and history in detecting controlled substances, and
investigation of the SUBJECT PARCELS.

## VI. CONCLUSION

22.   Based on the above, there is probable cause to believe
the SUBJECT PARCELS described in Attachment A contain evidence
of violations of Title 21, United States Code, Sections
841(a)(1) (Possession with Intent to Distribute a Controlled
Substance) and 843(b) (Unlawful Use of a Communication Facility
(including the mails) to Facilitate the Distribution of a
Controlled Substance), as described in Attachment B..


_____
Sumyra Duy
United States Postal Inspector

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 22nd day of
October 2021.


_____
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

## <u>ATTACHMENT A-1</u>

<u>PARCEL TO BE SEARCHED</u>

SUBJECT PARCEL 1 is a United States Postal Service Priority Mail Express parcel bearing tracking number EJ 022 629 623 US. SUBJECT PARCEL 1 is a white large flat rate cardboard box, weighing 10 pounds, 15.2 ounces.  SUBJECT PARCEL 1 is addressed to "I Think Project, 3960 E. Gilman St., Long Beach, CA 90815". The return address listed on the SUBJECT PARCEL is "We Care, 302 Congress Ave., Lansdowne, PA 19050".  SUBJECT PARCEL 1 was paid with $117.75 postage and postmarked on October 13, 2021 in Philadelphia, PA 19125.

SUBJECT PARCEL 1 is currently in the custody of the United States Postal Inspection Service in Santa Ana, California.

**ATTACHMENT A-2**

<u>PARCEL TO BE SEARCHED</u>

SUBJECT PARCEL 2 is a United States Postal Service Priority Mail Express parcel bearing tracking number EJ 022 629 610 US. SUBJECT PARCEL 2 is a white large flat rate cardboard box, weighing 10 pounds, .4 ounces.  SUBJECT PARCEL 2 is addressed to "I Think Project, 3960 E. Gilman St., Long Beach, CA 90815". The return address listed on the SUBJECT PARCEL is "We Care, 302 Congress Ave., Lansdowne, PA 19050".  SUBJECT PARCEL 2 was paid with $117.75 postage and postmarked on October 13, 2021 in Philadelphia, PA 19125.

SUBJECT PARCEL 2 is currently in the custody of the United States Postal Inspection Service in Santa Ana, California.

**ATTACHMENT B**

ITEMS TO BE SEIZED

      The following are the items to be seized from the SUBJECT PARCELS, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

      a.    Any controlled substances, including marijuana;

      b.    Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

      c.    Any associated packaging.

# EXHIBIT 1

USPS AFFIDAVIT

Handler : E. Moscoso #6164

Police Service Dog : Duke

I, Ofc E. Moscoso, am currently employed by the Long Beach Police Department. I have been a police Officer since 2003. Over my career I have held the position of Field training officer, firearms instructor, motor officer and motor officer instructor. I am current assigned to Police Service Dog unit and I am designated as trainer. My current Police Service Dog "Duke" has been assigned to me since April of 2016 when we completed a 320+ hour basic handler course.

In May of 2021, Duke and I completed a 200+ hour narcotics detection course taught by Sergeant E. Wolosewicz who is a certified police canine trainer. Duke was trained on the detection of methamphetamine, Heroin, cocaine base and cocaine HCL. At the completion of the course Duke was certified by Sergeant D. Dayton (Los Angeles Port Police) on 5-7-21.

Duke's positive alert is identified by a reaction which includes a heightened emotional state, change in sniffing patterns and coming to a freeze. During our training Duke was presented with distracting odors to ensure he is only alerting to the scent of narcotics. The distracting odors included but were not limited to, food, gloves, glass, plastic, metal and other various items commonly used to mask the odor of narcotics. Duke's training is continual.

On 10-14-21, I responded to 3019 N. Bellflower blvd (US Post Office- Spring Carrier Annex) assist Us Postal Inspector Duy with a sniff of a package. The sniff took place in a parking lot rear of the Post Office near a loading area. Duke sniffed several uninvolved packages with no alert. Duke alerted to the presence of narcotics emitting from the following:

Parcel: USPS Priority Mail Express parcel bearing tracking number **EJ 022 629 623 US**

Recipient :   I Think Project
           3960 E. Gilman St.
           Long Beach, CA 90815

Sender:   We Care
         302 Congress Ave
         Lansdowne, PA 19050

K9 Officer E. Moscoso #6164
Long Beach Police Department